# United States Bankruptcy Court
## Northern District of California

In re: **Agustin Santana**
**Maria Chavez de Santana**
Debtor(s)

Case No.
Chapter **13**

## STATEMENT RE PAYMENT ADVICES

■ Attached are copies of all payment advices or other evidence of payment that I/we received from my/our employer(s) within the 60 days before the filing of this bankruptcy case. I/we have blocked out all but the last four digits of my/our social security number(s) wherever they appear on the attached copies.

☐ I/We received no payment advices or other evidence of payment from my/our employer(s) within the 60 days before the filing of this bankruptcy case.

I/we declare under penalty of perjury that the above statement is true and correct to the best of my/our knowledge, information, and belief.

Date **January 15, 2010**  Signature **/s/ Agustin Santana**
**Agustin Santana**
Debtor

Date **January 15, 2010**  Signature **/s/ Maria Chavez de Santana**
**Maria Chavez de Santana**
Joint Debtor

Date **January 15, 2010**  Signature **/s/ Daniel B. Beck**
**Daniel B. Beck 63865**
Attorney

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037  Best Case Bankruptcy

| CO | FILE | DEPT | CLOCK | VCHR NO. | 075 |
|---|---|---|---|---|---|
| AE4 | 007548 | 064522 | | 0000020084 | 1 |

# EARNINGS STATEMENT 

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Period Beginning: 12/27/2009
Period Ending: 01/09/2010
Pay Date: 01/15/2010

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    CA: 2

00000000084
AGUSTIN SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Social Security Number: XXX-XX-0175

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.2100 | 72.00 | 807.12 | 807.12 |
| Holiday | 11.2100 | 8.00 | 89.68 | 89.68 |
| **Gross Pay** | | | **$896.80** | 896.80 |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -3.26 | 3.26 |
| Social Security Tax | -53.88 | 53.88 |
| Medicare Tax | -12.60 | 12.60 |
| CA SUI/SDI Tax | -9.56 | 9.56 |

**Other**

| | | |
|---|---|---|
| Califcare Bt | -27.69* | 27.69 |
| Check3 | -762.91 | |
| 403B Std | -26.90* | 26.90 |
| **Net Pay** | | **$0.00** |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $842.21

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pensio | 80.00 | 80.00 |
| 403B Er Match | 13.45 | 13.45 |
| Ytd 403B Match | | 13.45 |
| Sick Balance | | 400.00 |
| Vac Balance | | 192.60 |

### Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 12/27 | 6:29am | 10:00am | 10:30am | 2:59pm | 8.00 |
| Tue 12/29 | 6:34am | 10:03am | 10:33am | 3:04pm | 8.00 |
| Wed 12/30 | 6:26am | 10:08am | 10:38am | 2:56pm | 8.00 |
| Sat 01/02 | 6:25am | 10:03am | 10:33am | 2:56pm | 8.00 |
| Sun 01/03 | 6:30am | 10:00am | 10:30am | 2:59pm | 8.00 |
| Tue 01/05 | 6:26am | 10:01am | 10:31am | 2:58pm | 8.00 |
| Thu 01/07 | 6:26am | 10:03am | 10:34am | 2:55pm | 8.00 |
| Fri 01/08 | 11:59am | 4:00pm | 4:30pm | 8:27pm | 8.00 |
| Sat 01/09 | 6:26am | 10:00am | 10:30am | 2:56pm | 8.00 |



©1998, 2006. ADP, Inc. All Rights Reserved.
TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 075 |
|-----|------|-------|-------|--------|-----|
| AE4 | 007970 | 064522 | | 0040872349 | 1 |

# Earnings Statement

**ADP**

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Period Beginning: 12/27/2009
Period Ending: 01/09/2010
Pay Date: 01/15/2010

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    CA: 0

MARIA CHAVEZ DE SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Social Security Number: XXX-XX-7666

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 9.8000 | 79.00 | 774.20 | 774.20 |
| Holiday | 9.8000 | 8.00 | 78.40 | 78.40 |
| Gross Pay | | | $852.60 | 852.60 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -29.88 | 29.88 |
| | Social Security Tax | -52.86 | 52.86 |
| | Medicare Tax | -12.36 | 12.36 |
| | CA State Income Tax | -11.04 | 11.04 |
| | CA SUI/SDI Tax | -9.38 | 9.38 |
| | **Other** | | |
| | Del Dendpo At | -2.31 | 2.31 |
| | Kaiser At | -27.69 | 27.69 |
| | 403B Std | -25.00* | 25.00 |
| **Net Pay** | | | **$682.08** |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $827.60

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Pensio | 87.00 | 87.00 |
| 403B Er Match | 12.50 | 12.50 |
| Ytd 403B Match | | 12.50 |
| Sick Balance | | 400.00 |
| Vac Balance | | 97.97 |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|------|-----|-----|-----|-----|-------|
| Sun 12/27 | 6:30am | 10:00am | 10:30am | 3:02pm | 8.00 |
| Mon 12/28 | 6:30am | 10:00am | 10:30am | 3:00pm | 8.00 |
| Tue 12/29 | 6:34am | 10:00am | 10:30am | 3:00pm | 8.00 |
| Wed 12/30 | 1:00pm | 4:00pm | 4:30pm | 8:30pm | 7.00 |
| Thu 12/31 | 6:30am | 10:00am | 10:30am | 3:00pm | 8.00 |
| Sun 01/03 | 6:30am | 10:01am | 10:31am | 3:01pm | 8.00 |
| Mon 01/04 | 6:30am | 10:00am | 10:30am | 3:01pm | 8.00 |
| Tue 01/05 | 6:30am | 10:00am | 10:30am | 3:00pm | 8.00 |
| Wed 01/06 | 6:30am | 10:00am | 10:30am | 3:00pm | 8.00 |
| Thu 01/07 | 6:31am | 10:00am | 10:30am | 3:01pm | 8.00 |

©1998, 2006. ADP, Inc. All Rights Reserved.

COPY    COPY

| TEAR HERE

Case: 10-10113    Doc# 8    Filed: 01/15/10    Entered: 01/15/10 16:03:53    Page 3 of 17

```
CO.    FILE    DEPT.   CLOCK  NUMBER     075
AE4    007970  064522         0040765680  1
```

```
                                          Earnings Statement                    ADP
SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.                       Period Beginning:   12/13/2009
SANTA ROSA, CA 95409                      Period Ending:      12/26/2009
                                          Pay Date:           12/31/2009


Taxable Marital Status:   Married         MARIA  CHAVEZ  DE  SANTANA
Exemptions/Allowances:                    2607 MARLOW ROAD
    Federal:      0                       SANTA ROSA, CA 95403
    CA:           0

Social Security Number: XXX-XX-7666
```

| Earnings    | rate    | hours | this period | year to date |
|-------------|---------|-------|-------------|--------------|
| Regular     | 9.8000  | 72.00 | 705.60      | 17,564.05    |
| Overtime    | 14.7000 | 7.00  | 102.90      | 1,308.30     |
| Holiday     | 9.8000  | 8.00  | 78.40       | 548.80       |
| Vacation    | 9.8000  | 8.00  | 78.40       | 1,176.00     |
| Double Time |         |       |             | 88.20        |
| Other Earnings |      |       |             | 335.00       |
| Premium Pay |         |       |             | 9.80         |
| **Gross Pay** |       |       | **$965.30** | 21,030.15    |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensio | 95.00 | 2,062.75 |
| 403B Er Match | 12.50 | 294.37 |
| Ytd 403B Match |  | 294.37 |
| Sick Balance |  | 400.00 |
| Vac Balance |  | 91.28 |

| Deductions | Statutory |  |  |
|---|---|---|---|
|  | Federal Income Tax | -33.45 | 579.18 |
|  | Social Security Tax | -59.85 | 1,303.87 |
|  | Medicare Tax | -14.00 | 304.94 |
|  | CA State Income Tax | -13.69 | 235.51 |
|  | CA SUI/SDI Tax | -10.62 | 231.33 |
|  | Other |  |  |
|  | 403B Std | -25.00* | 675.00 |
|  | Del Dendpo At |  | 60.06 |
|  | Kaiser At |  | 719.94 |
|  | **Net Pay** | **$808.69** |  |

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 12/13 | 6:35am | 10:00am | 10:30am | 3:00pm | 8.00 |
| Mon 12/14 | 6:40am | 10:01am | 10:31am | 3:10pm | 8.00 |
| Tue 12/15 | 6:45am | 10:00am | 10:30am | 3:15pm | 8.00 |
| Wed 12/16 | 1:00pm | 4:00pm | 4:30pm | 8:32pm | 7.00 |
| Thu 12/17 | 6:40am | 10:00am | 10:30am | 3:10pm | 8.00 |
| Fri 12/18 | 7:03am | 10:00am | 10:30am | 3:30pm | 8.00 |
| Sun 12/20 | 6:30am | 10:00am | 10:30am | 3:00pm | 8.00 |
| Tue 12/22 | 6:31am | 10:00am | 10:30am | 3:02pm | 8.00 |
| Wed 12/23 | 6:31am | 10:01am | 10:31am | 3:01pm | 8.00 |
| Thu 12/24 | 6:30am | 10:00am | 10:30am | 3:00pm | 8.00 |

* Excluded from federal taxable wages
  Your federal taxable wages this period are $940.30

©1998, 2006, ADP, Inc. All Rights Reserved.
TEAR HERE
COPY

| CO | FILE | DEPT | CLOCK | VCHR NO. | 075 |
|---|---|---|---|---|---|
| AE4 | 007548 | 064522 | | 0000530087 | 1 |

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

# Earnings Statement 

Period Beginning: 12/13/2009
Period Ending: 12/26/2009
Pay Date: 12/31/2009

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    CA: 2

00000000089
AGUSTIN SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Social Security Number: XXX-XX-0175

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.2100 | 72.00 | 807.12 | 21,688.55 |
| Holiday | 11.2100 | 8.00 | 89.68 | 896.80 |
| Vacation | 11.2100 | 8.00 | 89.68 | 1,972.96 |
| Overtime | | | | 2,400.35 |
| Bereavement | | | | 269.04 |
| Double Time | | | | 84.08 |
| Other Earnings | | | | 335.00 |
| Premium Pay | | | | 11.21 |
| Sick | | | | 358.72 |
| Taxable Fringe | | | | 200.00 |
| **Gross Pay** | | | **$986.48** | 28,216.71 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $956.89

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pensio | 88.00 | 2,394.25 |
| 403B Er Match | 14.80 | 342.77 |
| Ytd 403B Match | | 342.77 |
| Sick Balance | | 399.75 |
| Vac Balance | | 186.45 |

## Deductions

### Statutory

| | | |
|---|---|---|
| Federal Income Tax | -7.04 | 439.17 |
| Social Security Tax | -61.17 | 1,701.08 |
| Medicare Tax | -14.30 | 397.83 |
| CA State Income Tax | -2.23 | 60.87 |
| CA SUI/SDI Tax | -10.85 | 301.80 |

### Other

| | | |
|---|---|---|
| Check3 | -861.30 | |
| 403B Std | -29.59* | 685.53 |
| Califcare Bt | | 719.94 |
| Del Den Dpo Bt | | 60.06 |
| Shoes | | 41.80 |
| Taxable Fringe | | 200.00 |
| **Net Pay** | **$0.00** | |

### Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 12/13 | 6:28am | 10:01am | 10:31am | 2:56pm | 8.00 |
| Mon 12/14 | 6:34am | 10:01am | 10:31am | 3:01pm | 8.00 |
| Tue 12/15 | 6:34am | 10:05am | 10:34am | 3:02pm | 8.00 |
| Wed 12/16 | 6:35am | 10:01am | 10:31am | 3:06pm | 8.00 |
| Sat 12/19 | 6:29am | 10:03am | 10:33am | 2:58pm | 8.00 |
| Sun 12/20 | 6:29am | 10:00am | 10:30am | 2:59pm | 8.00 |
| Tue 12/22 | 6:26am | 10:05am | 10:35am | 2:57pm | 8.00 |
| Wed 12/23 | 6:31am | 10:00am | 10:30am | 3:00pm | 8.00 |
| Sat 12/26 | 6:25am | 10:02am | 10:32am | 2:55pm | 8.00 |

©1998, 2006. ADP, Inc. All Rights Reserved.



Case: 10-10113   Doc# 8   Filed: 01/15/10   Entered: 01/15/10 16:03:53   Page 5 of 17

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 075 |
|---|---|---|---|---|---|
| AE4 | 007548 | 064522 | | 0000510083 | 1 |

# Earnings Statement

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Period Beginning: 11/29/2009
Period Ending: 12/12/2009
Pay Date: 12/18/2009

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    CA: 2

00000000083
AGUSTIN SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Social Security Number: XXX-XX-0175

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.2100 | 64.00 | 717.44 | 20,881.43 |
| Overtime | 16.8150 | 8.00 | 134.52 | 2,400.35 |
| Sick | 11.2100 | 8.00 | 89.68 | 358.72 |
| Vacation | 11.2100 | 8.00 | 89.68 | 1,883.28 |
| Bereavement | | | | 269.04 |
| Double Time | | | | 84.08 |
| Holiday | | | | 807.12 |
| Other Earnings | | | | 335.00 |
| Premium Pay | | | | 11.21 |
| Taxable Fringe | | | | 200.00 |
| **Gross Pay** | | | **$1,031.32** | 27,230.23 |

\* Excluded from federal taxable wages
   Your federal taxable wages this period are $970.38

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensio | 88.00 | 2,306.25 |
| 403B Er Match | 15.47 | 327.97 |
| Ytd 403B Match | | 327.97 |
| Sick Balance | | 395.69 |
| Vac Balance | | 187.68 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -8.39 | 432.13 |
| Social Security Tax | | -62.08 | 1,639.91 |
| Medicare Tax | | -14.52 | 383.53 |
| CA State Income Tax | | -2.56 | 58.64 |
| CA SUI/SDI Tax | | -11.01 | 290.95 |
| **Other** | | | |
| Califcare Bt | | -27.69* | 719.94 |
| Check3 | | -871.82 | |
| Del Den Dpo Bt | | -2.31* | 60.06 |
| 403B Std | | -30.94* | 655.94 |
| Shoes | | | 41.80 |
| Taxable Fringe | | | 200.00 |
| **Net Pay** | | **$0.00** | |

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Tue | 12/01 | 6:29am | 10:03am | 10:33am | 3:01pm | 8.00 |
| Wed | 12/02 | 6:34am | 10:04am | 10:34am | 3:01pm | 8.00 |
| Sat | 12/05 | 6:27am | 10:05am | 10:35am | 2:57pm | 8.00 |
| Sun | 12/06 | 6:27am | 10:02am | 10:32am | 2:56pm | 8.00 |
| Mon | 12/07 | 6:27am | 10:00am | 10:30am | 2:57pm | 8.00 |
| Tue | 12/08 | 6:31am | 10:03am | 10:33am | 3:00pm | 8.00 |
| Wed | 12/09 | 6:27am | 10:06am | 10:36am | 2:57pm | 8.00 |
| Fri | 12/11 | 7:02am | 9:30am | 10:00am | 3:32pm | 8.00 |
| Sat | 12/12 | 6:28am | 10:01am | 10:32am | 2:59pm | 8.00 |



©1998, 2006. ADP, Inc. All Rights Reserved.

| CO. | FILE | DEPT. | CLOCK | NUMBER | 075 |
|---|---|---|---|---|---|
| AE4 | 007970 | 064522 | | 0040660382 | 1 |

# Earnings Statement 

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Period Beginning: 11/29/2009
Period Ending: 12/12/2009
Pay Date: 12/18/2009

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CA: 0

MARIA CHAVEZ DE SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Social Security Number: XXX-XX-7666

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.8000 | 70.00 | 686.00 | 16,858.45 |
| Premium Pay | 9.8000 | 1.00 | 9.80 | 9.80 |
| Vacation | 9.8000 | 8.00 | 78.40 | 1,097.60 |
| Overtime | | | | 1,205.40 |
| Double Time | | | | 88.20 |
| Holiday | | | | 470.40 |
| Other Earnings | | | | 335.00 |
| **Gross Pay** | | | **$774.20** | 20,064.85 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -14.34 | 545.73 |
| Social Security Tax | | -48.00 | 1,244.02 |
| Medicare Tax | | -11.23 | 290.94 |
| CA State Income Tax | | -8.96 | 221.82 |
| CA SUI/SDI Tax | | -8.51 | 220.71 |
| **Other** | | | |
| Del Dendpo At | | -2.31 | 60.06 |
| Kaiser At | | -27.69 | 719.94 |
| 403B Std | | -25.00* | 650.00 |
| **Net Pay** | | **$628.16** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensio | 79.00 | 1,967.75 |
| 403B Er Match | 11.61 | 281.87 |
| Ytd 403B Match | | 281.87 |
| Sick Balance | | 400.00 |
| Vac Balance | | 92.51 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 11/29 | 6:32am | 10:00am | 10:30am | 3:03pm | 8.00 |
| Tue | 12/01 | 6:45am | 10:00am | 10:31am | 3:15pm | 8.00 |
| Wed | 12/02 | 1:00pm | 3:46pm | 4:15pm | 8:31pm | 8.00 |
| Sat | 12/05 | 6:45am | 10:02am | 10:32am | 3:15pm | 8.00 |
| Sun | 12/06 | 6:31am | 10:02am | 10:32am | 3:01pm | 8.00 |
| Mon | 12/07 | 6:30am | 10:00am | 10:30am | 3:00pm | 8.00 |
| Tue | 12/08 | 6:31am | 10:00am | 10:30am | 3:01pm | 8.00 |
| Wed | 12/09 | 1:00pm | 4:00pm | 4:30pm | 8:31pm | 7.00 |
| Sat | 12/12 | 6:31am | 10:00am | 10:32am | 3:07pm | 8.00 |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $749.20

©1998, 2006. ADP, Inc. All Rights Reserved.

Case: 10-10113  Doc# 8  Filed: 01/15/10  Entered: 01/15/10 16:03:53  Page 7 of 17

# Earnings Statement

ADP

CO. FILE DEPT. CLOCK NUMBER
AE4 007970 064522 008959969 075 1

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Period Beginning: 07/26/2009
Period Ending: 08/08/2009
Pay Date: 08/14/2009

MARIA CHAVEZ DE SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CA: 0

Social Security Number: XXX-XX-7666

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.8000 | 79.25 | 776.65 | 9,924.95 |
| Overtime | 14.7000 | 8.00 | 117.60 | 573.30 |
| Double Time | | | | 68.60 |
| Holiday | | | | 235.20 |
| Vacation | | | | 1,019.20 |
| **Gross Pay** | | | **$894.25** | 11,821.25 |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -26.35 | 319.89 |
| Social Security Tax | -55.45 | 732.92 |
| Medicare Tax | -12.97 | 171.41 |
| CA State Income Tax | -10.86 | 120.44 |
| CA SUI/SDI Tax | -9.83 | 130.03 |
| Other | | |
| Del Dendpo At | -2.31 | 39.27 |
| Kaiser At | -27.69 | 470.73 |
| 403B Std | -25.00* | 425.00 |
| **Net Pay** | **$723.79** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $869.25

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensio | 87.25 | 1,183.25 |
| 403B Er Match | 12.50 | 171.50 |
| Ytd 403B Match | | 171.00 |
| Sick Balance | | 400.00 |
| Vac Balance | | 45.08 |

| Time Card Detail | | | | |
|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOT |
| Sun 07/26 | 6:55am | 10:00am | 10:30am | 2:55pm | 7.50 |
| Mon 07/27 | 7:11am | 2:00pm | 2:28pm | 3:25pm | 7.75 |
| Tue 07/28 | 6:55am | 10:04am | 10:34am | 3:25pm | 8.00 |
| Fri 07/31 | 1:25pm | 4:01pm | 4:30pm | 9:55pm | 8.00 |
| Sat 08/01 | 6:53am | 10:02am | 10:32am | 3:23pm | 8.00 |
| Sun 08/02 | 6:33am | 10:01am | 10:32am | 3:05pm | 8.00 |
| Mon 08/03 | 6:59am | 10:01am | 10:31am | 3:29pm | 8.00 |
| Tue 08/04 | 6:55am | 10:02am | 10:32am | 3:25pm | 8.00 |
| Wed 08/05 | 6:53am | 10:03am | 10:33am | 3:23pm | 8.00 |
| Fri 08/07 | 1:23pm | 4:00pm | 4:30pm | 9:53pm | 8.00 |
| Sat 08/08 | 6:53am | 10:07am | 10:37am | 3:23pm | 8.00 |

Case: 10-10113 Doc# 8 Filed: 01/15/10 Entered: 01/15/10 16:03:53 Page 8 of 17

©1998, 2006. ADP, Inc. All Rights Reserved.

◀ TEAR HERE

# Earnings Statement

**SPRINGLAKE VILLAGE**
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

| CO. | FILE | DEPT. | CLOCK NUMBER | |
|---|---|---|---|---|
| AE4 | 007970 | 064522 | 0089490106 | 075 1 |

Period Beginning: 07/12/2009
Period Ending: 07/25/2009
Pay Date: 07/31/2009

MARIA CHAVEZ DE SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 CA: 0

Social Security Number: XXX-XX-7666

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.8000 | 80.00 | 784.00 | 9,148.30 |
| Overtime | | | | 455.70 |
| Double Time | | | | 68.60 |
| Holiday | | | | 235.20 |
| Vacation | | | | 1,019.20 |
| **Gross Pay** | | | **$784.00** | 10,927.00 |

## Deductions

| | this period | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -15.32 | | 293.54 |
| Social Security Tax | -48.60 | | 677.47 |
| Medicare Tax | -11.37 | | 158.44 |
| CA State Income Tax | -8.38 | | 109.58 |
| CA SUI/SDI Tax | -8.63 | | 120.20 |
| **Other** | | | |
| Del Dendpo At | -2.31 | | 36.96 |
| Kaiser At | -27.69 | | 443.04 |
| 403B Std | -25.00* | | 400.00 |

**Net Pay** $636.70

\* Excluded from federal taxable wages
Your federal taxable wages this period are $759.00

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pensio | 80.00 | 1,096.00 |
| 403B Er Match | 11.76 | 158.80 |
| Ytd 403B Match | | 400.00 |
| Sick Balance | | 8.00 |
| Vac Balance | | 40.51 |

## Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 07/12 | 6:35am | 10:00am | 10:30am | 3:05pm | 8.00 |
| Mon 07/13 | 6:55am | 10:02am | 10:32am | 3:23pm | 8.00 |
| Tue 07/14 | 6:55am | 10:00am | 10:30am | 3:25pm | 8.00 |
| Fri 07/17 | 1:25pm | 4:00pm | 4:30pm | 9:55pm | 8.00 |
| Sat 07/18 | 6:55am | 10:00am | 10:30am | 3:25pm | 8.00 |
| Sun 07/19 | 6:55am | 10:00am | 10:30am | 3:25pm | 8.00 |
| Mon 07/20 | 6:55am | 10:00am | 10:31am | 3:25pm | 8.00 |
| Tue 07/21 | 6:53am | 10:01am | 10:32am | 3:23pm | 8.00 |
| Fri 07/24 | 1:25pm | 4:00pm | 4:30pm | 9:55pm | 8.00 |
| Sat 07/25 | 6:53am | 10:05am | 10:35am | 3:23pm | 8.00 |

COPY
Case: 10-10113   Doc# 8   Filed: 01/15/10   Entered: 01/15/10 16:03:53   Page 9 of 17
TEAR HERE   ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

**ADP**

| | | |
|---|---|---|
| CO. FILE DEPT. CLOCK NUMBER | | |
| AE4 007970 064522 0089391005 1 075 | | |

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 CA: 0

Social Security Number: XXX-XX-7666

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.8000 | 72.00 | 705.60 | 8,364.30 |
| Holiday | 9.8000 | 8.00 | 78.40 | 235.20 |
| Overtime | | | | 455.70 |
| Double Time | | | | 68.60 |
| Vacation | | | | 1,019.20 |
| **Gross Pay** | | | **$784.00** | 10,143.00 |

| Deductions | | |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -15.32 | 278.22 |
| Social Security Tax | -48.61 | 628.87 |
| Medicare Tax | -11.36 | 147.07 |
| CA State Income Tax | -8.38 | 101.20 |
| CA SUI/SDI Tax | -8.62 | 111.57 |
| Other | | |
| Del Dendpo At | -2.31 | 34.65 |
| Kaiser At | -27.69 | 415.35 |
| 403B Std | -25.00* | 375.00 |

**Net Pay** $636.71

* Excluded from federal taxable wages
Your federal taxable wages this period are $759.00

---

Period Beginning: 06/28/2009
Period Ending: 07/11/2009
Pay Date: 07/17/2009

MARIA CHAVEZ DE SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensio | 80.00 | 1,016.10 |
| 403B Er Match | 11.76 | 146.14 |
| Ytd 403B Match | | 146.14 |
| Sick Balance | | 400.00 |
| Vac-Balance | | 35.69 |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOTAL |
| Sun 06/28 | 6:50am | 10:01am | 10:30am | 3:20pm | 8.00 |
| Mon 06/29 | 6:53am | 10:07am | 10:33am | 3:23pm | 8.00 |
| Tue 06/30 | 7:01am | 10:03am | 10:33am | 3:30pm | 8.00 |
| Fri 07/03 | 6:53am | 10:05am | 10:35am | 3:34pm | 8.00 |
| Sat 07/04 | 10:30am | 2:00pm | 2:30pm | 7:01pm | 16.00 |
| Sun 07/05 | 1:25pm | 4:01pm | 4:30pm | 9:55pm | 8.00 |
| Tue 07/07 | 6:53am | 10:06am | 10:37am | 3:23pm | 8.00 |
| Thu 07/09 | 1:25pm | 4:01pm | 4:30pm | 9:55pm | 8.00 |
| Sat 07/11 | 1:25pm | 4:00pm | 4:30pm | 9:55pm | 8.00 |

Case: 10-10113  Doc# 8  Filed: 01/15/10  Entered: 01/15/10 16:03:53  Page 10 of 17

◀ TEAR HERE   ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

CO. AE4  FILE 007970  DEPT. 064522  CLOCK NUMBER 0089272656  075 1

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Period Beginning: 06/14/2009
Period Ending: 06/27/2009
Pay Date: 07/02/2009

MARIA CHAVEZ DE SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CA: 0

Social Security Number: XXX-XX-7666

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.8000 | 80.00 | 784.00 | 7,658.70 |
| Double Time | 9.8000 | 1.50 | 29.40 | |
| Overtime | 14.7000 | 4.00 | 58.80 | |
| Holiday | | | | |
| Vacation | | | | |
| **Gross Pay** | | | **$872.20** | 9,359.00 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -24.14 | 262.90 |
| Social Security Tax | -54.08 | 580.26 |
| Medicare Tax | -12.65 | 135.71 |
| CA State Income Tax | -10.36 | 92.82 |
| CA SUI/SDI Tax | -9.60 | 102.95 |
| **Other** | | |
| Del Dendpo At | -2.31 | 32.34 |
| Kaiser At | -27.69 | 387.66 |
| 403B Std | -25.00* | 350.00 |
| **Net Pay** | **$706.37** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $847.20

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensio | 85.50 | 936.00 |
| 403B Er Match | 12.50 | 134.00 |
| Ytd 403B Match | | 134.8 |
| Sick Balance | | 400.00 |
| Vac Balance | | -31.27 |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOTAL |
| Sun 06/14 | 6:55am | 10:07am | 10:37am | 3:31pm | 8.00 |
| Mon 06/15 | 6:55am | 10:04am | 10:34am | 3:25pm | 8.00 |
| Tue 06/16 | 7:00am | 10:00am | 10:30am | 3:30pm | 8.00 |
| Fri 06/19 | 6:53am | 10:06am | 10:36am | 3:26pm | 8.00 |
| Sat 06/20 | 1:25pm | 4:04pm | 4:34pm | 9:55pm | 8.00 |
| Sun 06/21 | 6:53am | 10:03am | 10:40am | 3:23pm | 8.00 |
| Mon 06/22 | 7:50am | 10:00am | 10:30am | 9:47pm | 13.00 |
| Tue 06/23 | 6:55am | 10:05am | 10:35am | 3:25pm | 8.00 |
| Fri 06/26 | 1:25pm | 3:34pm | 4:05pm | 9:55pm | 8.00 |
| Sat 06/27 | 1:25pm | 4:00pm | 4:30pm | 9:55pm | 8.00 |

COPY COPY COPY
©1998, 2006. ADP, Inc. All Rights Reserved.
◀ TEAR HERE
Case: 10-10113   Doc# 8   Filed: 01/15/10   Entered: 01/15/10 16:03:53   Page 11 of 17

# Earnings Statement

**SPRINGLAKE VILLAGE**
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

| | |
|---|---|
| Period Beginning: | 06/14/2009 |
| Period Ending: | 06/27/2009 |
| Pay Date: | 07/02/2009 |

0000000082
AGUSTIN SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

CO. FILE DEPT. CLOCK VCHR.NO. 075
AE4 007548 064522 0000270082 1

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CA: 2

Social Security Number: XXX-XX-0175

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.2100 | 80.00 | 896.80 | 10,579.44 |
| Double Time | 11.2100 | .25 | 5.60 | 84.08 |
| Overtime | 16.8150 | 4.00 | 67.26 | 1,147.63 |
| Bereavement | | | | 269.04 |
| Holiday | | | | 448.40 |
| Sick | | | | 179.36 |
| Taxable Fringe | | | | 200.00 |
| Vacation | | | | 1,614.24 |
| **Gross Pay** | | | **$969.66** | 14,522.19 |

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -2.81 | 315.18 |
| Social Security Tax | -58.26 | 874.34 |
| Medicare Tax | -13.62 | 204.48 |
| CA State Income Tax | -1.08 | 27.27 |
| CA SUI/SDI Tax | -10.33 | 155.12 |

| Other | | |
|---|---|---|
| Calificare Bt | -27.69* | 387.66 |
| Check3 | -828.56 | |
| Del Den Dpo Bt | -2.31* | 32.34 |
| 403B Std | -25.00* | 350.00 |
| Shoes | | 41.80 |
| Taxable Fringe | | 200.00 |

**Net Pay** $0.00

* Excluded from federal taxable wages

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Your federal taxable wages this period are $914.56 | | |
| Pensio | 84.25 | 1,239.66 |
| 403B Er Match | | 175.00 |
| Ytd 403B Match | 12.50 | 175.00 |
| Sick Balance | | 400.50 |
| Vac Balance | | 135.10 |

## Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 06/14 | 6:53am | 10:10am | 10:39am | 7:52pm | 12.25 |
| Mon 06/15 | 6:32am | 10:29am | 11:00am | 3:01pm | 8.00 |
| Tue 06/16 | 11:20am | 1:44pm | 2:14pm | 7:50pm | 8.00 |
| Wed 06/17 | 1:30pm | 4:00pm | 4:30pm | 10:00pm | 8.00 |
| Sat 06/20 | 12:01pm | 4:15pm | 4:45pm | 8:30pm | 8.00 |
| Sun 06/21 | 11:15am | 2:14pm | 2:45pm | 7:46pm | 8.00 |
| Mon 06/22 | 11:17am | 1:55pm | 2:25pm | 7:44pm | 8.00 |
| Tue 06/23 | 11:17am | 2:40pm | 3:09pm | 7:47pm | 8.00 |
| Wed 06/24 | 11:15am | 1:59pm | 2:29pm | 7:48pm | 8.00 |
| Fri 06/26 | 11:23am | 2:13pm | 2:42pm | 7:54pm | 8.00 |

©1998, 2006. ADP, Inc. All Rights Reserved.
◀ TEAR HERE
Case: 10-10113   Doc# 8   Filed: 01/15/10   Entered: 01/15/10 16:03:53   Page 12 of 17

# Earnings Statement

**SPRINGLAKE VILLAGE**
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

| | |
|---|---|
| CO. FILE DEPT. CLOCK VCHR NO. | |
| AE4 007548 064522 075 | 0000350085 1 |

Taxable Marital Status: Married
Exemptions/Allowances:
- Federal: 2
- CA: 2

Social Security Number: XXX-XX-0175

| | | Period Beginning: | 08/09/2009 |
|---|---|---|---|
| | | Period Ending: | 08/22/2009 |
| | | Pay Date: | 08/28/2009 |

000000086
AGUSTIN SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.2100 | 80.00 | 896.80 | 14,076.96 |
| Overtime | 16.8150 | 16.00 | 269.04 | 1,820.23 |
| Bereavement | | | | 269.04 |
| Double Time | | | | 84.08 |
| Holiday | | | | 538.08 |
| Sick | | | | 269.04 |
| Taxable Fringe | | | 200.00 | |
| Vacation | | | | |
| **Gross Pay** | | | **$1,165.84** | |

## Deductions

| | Statutory | |
|---|---|---|
| Federal Income Tax | -22.43 | 373.52 |
| Social Security Tax | -70.42 | 1,136.56 |
| Medicare Tax | -16.47 | 265.81 |
| CA State Income Tax | -5.50 | 42.20 |
| CA SUI/SDI Tax | -12.50 | 201.65 |
| **Other** | | |
| Califcare Bt | -27.69* | 498.42 |
| Check3 | -983.52 | |
| Del Den Dpo Bt | -2.31* | 41.58 |
| 403B Std | -25.00* | 450.00 |
| Shoes | | 41.80 |
| Taxable Fringe | | 200.00 |

**Net Pay** $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,110.84

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pensio | | 1,607.73 |
| 403B Er Match | 12.50 | 225.00 |
| Ytd 403B Match | | 225.00 |
| Sick Balance | | 400.00 |
| Vac Balance | | 160.66 |

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 08/09 | 11:15am | 1:37pm | 2:07pm | 7:42pm | 8. |
| Mon | 08/10 | 11:14am | 1:35pm | 2:05pm | 7:42pm | 8. |
| Tue | 08/11 | 11:15am | 1:40pm | 2:10pm | 7:44pm | 8. |
| Thu | 08/13 | 6:25am | 10:01am | 10:31am | 2:55pm | 8. |
| Fri | 08/14 | 6:25am | 10:00am | 10:29am | 2:56pm | 8. |
| Sat | 08/15 | 6:30am | 10:08am | 10:37am | 2:55pm | 8. |
| Sun | 08/16 | 6:29am | 10:00am | 10:30am | 2:57pm | 8.00 |
| Mon | 08/17 | 11:16am | 1:56pm | 2:24pm | 7:44pm | 8. |
| Tue | 08/18 | 11:17am | 1:44pm | 2:19pm | 7:46pm | 8. |
| Thu | 08/20 | 6:24am | 10:10am | 10:40am | 2:55pm | 8. |
| Fri | 08/21 | 6:27am | 10:04am | 10:34am | 2:59pm | 8. |
| Sat | 08/22 | 6:25am | 10:05am | 10:35am | 2:57pm | 8. |

---

Bank of America
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE, SUITE 200
WALNUT CREEK, CA 94596

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR
SANTA ROSA, CA 95409

Deposited to the account of:
**AGUSTIN SANTANA**

| | |
|---|---|
| Advice number: | 00000350085 |
| Pay date: | 08/28/2009 |

account number: XXXXXX2399 transit ABA XXXX XXXX amount $983.52

VOID AFTER 180 DAYS
**NON-NEGOTIABLE**

Case: 10-10113 Doc# 8 Filed: 01/15/10 Entered: 01/15/10 16:03:53 Page 13 of 17

©1998, 2006. ADP, Inc. All Rights Reserved.

| | FILE | DEPT | CLOCK | VCHR NO. | 075 |
|---|---|---|---|---|---|
| CO AE4 | 007548 | 064522 | | 00000330089 | 1 |

# Earnings Statement

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Period Beginning: 07/26/2009
Period Ending: 08/08/2009
Pay Date: 08/14/2009

0000000090
AGUSTIN SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
CA: 2

Social Security Number: XXX-XX-0175

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.2100 | 80.00 | 896.80 | 13,180.16 |
| Overtime | 16.8150 | 8.00 | 134.52 | 1,551.19 |
| Bereavement | | | | 269.04 |
| Double Time | | | | 84.08 |
| Holiday | | | | 538.08 |
| Sick | | | | 269.04 |
| Taxable Fringe | | | 200.00 | 1,614.24 |
| Vacation | | | | 200.00 |
| **Gross Pay** | | | **$1,031.32** | 17,705.83 |

| Deductions | Statutory | | |
|---|---|---|---|
| Federal Income Tax | -8.98 | 351.09 | |
| Social Security Tax | -62.08 | 1,066.14 | |
| Medicare Tax | -14.52 | 249.34 | |
| CA State Income Tax | -2.47 | 36.70 | |
| CA SUI/SDI Tax | -11.01 | 189.15 | |
| Other | | | |
| Calificare Bt | -27.69* | 470.73 | |
| Check3 | -877.26 | | |
| Del Den Dpo Bt | -2.31* | 39.27 | |
| 403B Std | -25.00* | 425.00 | |
| Shoes | | 41.80 | |
| Taxable Fringe | | 200.00 | |

**Net Pay** $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $976.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensio | 88.00 | 1,511.55 |
| 403B Er Match | 12.50 | 212.50 |
| Ytd 403B Match | | 212.50 |
| Sick Balance | | 400.10 |
| Vac Balance | | 154.97 |

| Time Card Detail | | | | | |
|---|---|---|---|---|---|
| DATE | IN | OUT | IN | OUT | TOTAL |
| Sun 07/26 | 11:00am | 1:56pm | 2:27pm | 7:28pm | 8.00 |
| Mon 07/27 | 11:08am | 2:08pm | 2:38pm | 7:40pm | 8.00 |
| Tue 07/28 | 11:29am | 1:47pm | 2:15pm | 7:55pm | 8.00 |
| Wed 07/29 | 6:46am | 10:06am | 10:35am | 3:14pm | 8.00 |
| Sat 08/01 | 6:25am | 10:05am | 10:34am | 2:55pm | 8.00 |
| Sun 08/02 | 11:00am | 1:41pm | 2:14pm | 7:30pm | 8.00 |
| Mon 08/03 | 11:15am | 1:42pm | 2:12pm | 7:44pm | 8.00 |
| Tue 08/04 | 11:14am | 1:26pm | 1:56pm | 8:00pm | 8.00 |
| Wed 08/05 | 6:45am | 10:04am | 10:33am | 3:15pm | 8.00 |
| Thu 08/06 | 6:44am | 10:01am | 10:31am | 3:15pm | 8.00 |
| Sat 08/08 | 6:25am | 10:13am | 10:42am | 2:56pm | 8.00 |

Bank of America

Deposited to the account of
AGUSTIN SANTANA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2399 | xxxx xxxx | $877.26 |

Advice number: 00000330089
Pay date: 08/14/2009

NON-NEGOTIABLE

handwritten: 82.96 / 877.26 / 1000 (?)

Case: 10-10113   Doc# 8   Filed: 01/15/10   Entered: 01/15/10 16:03:53   Page 14 of 17

# Earnings Statement

```
CO.   FILE   DEPT.   CLOCK   VCHR NO.   075
AE4   007548 064522         00003100841
```

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

| | |
|---|---|
| Period Beginning: | 07/12/2009 |
| Period Ending: | 07/25/2009 |
| Pay Date: | 07/31/2009 |

0000000085
AGUSTIN SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 2
   CA: 2

Social Security Number: XXX-XX-0175

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.2100 | 80.00 | 896.80 | 12,283.36 |
| Overtime | 16.8150 | 8.00 | 134.52 | 1,416.67 |
| Bereavement | | | | 269.04 |
| Double Time | | | | 84.08 |
| Holiday | | | | 538.08 |
| Sick | | | | 269.04 |
| Taxable Fringe | | | 200.00 | 200.00 |
| Vacation | | | | 1,614.24 |
| **Gross Pay** | | | **$1,031.32** | 16,674.51 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -8.98 | 342.11 |
| Social Security Tax | -62.08 | 1,004.06 |
| Medicare Tax | -14.52 | 234.82 |
| CA State Income Tax | -2.47 | 34.23 |
| CA SUI/SDI Tax | -11.01 | 178.14 |
| **Other** | | |
| Calificare Bt | -27.69* | 443.04 |
| Check3 | -877.26 | |
| Del Den Dpo Bt | -2.31* | 36.96 |
| 403B Std | | 400.00 |
| Shoes | | 41.80 |
| Taxable Fringe | -25.00* | 200.00 |

**Net Pay** $0.00

* Excluded from federal taxable wages

Your federal taxable wages this period are $976.32

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pensio | | 1,423.52 |
| 403B Er Match | 12.50 | 200.00 |
| Ytd 403B Match | | |
| Sick Balance | | 399.13 |
| Vac Balance | | 148.52 |

## Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 07/12 | 6:35am | 10:00am | 10:30am | 3:03pm | 8.00 |
| Mon 07/13 | 12:15pm | 4:01pm | 4:30pm | 8:43pm | 8.00 |
| Thu 07/16 | 12:29pm | 4:10pm | 4:39pm | 8:55pm | 8.00 |
| Fri 07/17 | 11:25am | 1:50pm | 2:19pm | 7:57pm | 8.00 |
| Sat 07/18 | 6:28am | 10:11am | 10:40am | 2:56pm | 8.00 |
| Sun 07/19 | 6:27am | 10:00am | 10:30am | 2:57pm | 8.00 |
| Mon 07/20 | 6:35am | 10:01am | 10:30am | 3:04pm | 8.00 |
| Tue 07/21 | 11:19am | 3:38pm | 4:09pm | 7:47pm | 8.00 |
| Wed 07/22 | 11:25am | 6:55pm | 7:22pm | 7:54pm | 8.00 |
| Fri 07/24 | 5:56am | 9:30am | 9:59am | 2:28pm | 8.00 |
| Sat 07/25 | 6:34am | 9:30am | 9:59am | 3:04pm | 8.00 |

---

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Deposited to the account of
AGUSTIN SANTANA

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2399 | xxxx xxxx | $877.26 |

Advice number: 00000310084
Pay date: 07/31/2009

NON-NEGOTIABLE

Case: 10-10113   Doc# 8   Filed: 01/15/10   Entered: 01/15/10 16:03:53   Page 15 of 17

# Earnings Statement

**SPRINGLAKE VILLAGE**
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Period Beginning: 06/28/2009
Period Ending: 07/11/2009
Pay Date: 07/17/2009

0000000084
AGUSTIN SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  CA: 2

Social Security Number: XXX-XX-0175

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.2100 | 72.00 | 807.12 | 11,386.56 |
| Overtime | 16.8150 | 8.00 | 134.52 | 1,282.15 |
| Holiday | 11.2100 | 8.00 | 89.68 | 538.08 |
| Sick | | | | 269.04 |
| Bereavement | 11.2100 | 8.00 | 89.68 | 269.04 |
| Double Time | | | | 200.00 |
| Taxable Fringe | | | | 84.08 |
| Vacation | | | | |
| **Gross Pay** | | | **$1,121.00** | **15,643.19** |

Your federal taxable wages this period are $1,066.00

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -17.95 | 333.13 |
| Social Security Tax | -67.64 | 941.98 |
| Medicare Tax | -15.82 | 220.30 |
| CA State Income Tax | -4.49 | 31.76 |
| CA SUI/SDI Tax | -12.01 | 167.13 |
| **Other** | | |
| Calificare Bt | -27.69* | 415.35 |
| Check3 | -948.09 | |
| Del Den Dpo Bt | -2.31* | 34.65 |
| 403B Std | -25.00* | 375.00 |
| Shoes | | 41.80 |
| Taxable Fringe | | 200.00 |

**Net Pay $0.00**

* Excluded from federal taxable wages

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pension | 95.00 | 1,335.15 |
| 403B Er Match | 12.50 | 187.50 |
| Ytd 403B Match | | 187.50 |
| Sick Balance | | 396.36 |
| Vac Balance | | 142.17 |

### Time Card Detail

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| Sun 06/28 | 11:10am | 3:12pm | 3:36pm | 7:39pm | 8:00 |
| Mon 06/29 | 11:16am | 2:05pm | 2:33pm | 7:45pm | 8:00 |
| Wed 07/01 | 6:43am | 10:04am | 10:34am | 3:15pm | 8:00 |
| Thu 07/02 | 11:15am | 2:11pm | 2:39pm | 7:45pm | 8:00 |
| Fri 07/03 | 11:15am | 2:20pm | 2:50pm | 7:47pm | 8:00 |
| Sat 07/04 | 8:55am | 10:35am | 11:06am | 5:31pm | 8:00 |
| Sun 07/05 | 11:25am | 1:58pm | 2:29pm | 8:02pm | 8:00 |
| Tue 07/07 | 11:17am | 2:00pm | 2:30pm | 7:47pm | 8:00 |
| Wed 07/08 | 11:57am | 3:04pm | 3:37pm | 8:27pm | 8:00 |
| Thu 07/09 | 11:59am | 2:14pm | 2:44pm | 8:28pm | 8:00 |

Bank of America
COMMUNITY DEVELOPMENT BANK
1500 NEWELL AVENUE, SUITE 200
WALNUT CREEK, CA 94596

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

Deposited to the account of
AGUSTIN SANTANA

VOID AFTER 180 DAYS

Advice number: 00000290083
Pay date: 07/17/2009

account number  transit ABA  amount
xxxxx2399  xxxx xxxx  $948.09

NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

ADP

CO. FILE DEPT. CLOCK NUMBER 075
AE4 007970 064522 0089698013 1

Period Beginning: 08/09/2009
Period Ending: 08/22/2009
Pay Date: 08/28/2009

SPRINGLAKE VILLAGE
5555 MONTGOMERY DR.
SANTA ROSA, CA 95409

MARIA CHAVEZ DE SANTANA
2607 MARLOW ROAD
SANTA ROSA, CA 95403

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 CA: 0

Social Security Number: XXX-XX-7666

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 9.8000 | 80.00 | 784.00 | 10,708.95 |
| Overtime | 14.7000 | | | 793.80 |
| Double Time | 15.00 | | 220.50 | 68.60 |
| Holiday | | | | 235.20 |
| Vacation | | | | 1,019.20 |
| **Gross Pay** | | | **$1,004.50** | 12,825.75 |

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -39.33 | 359.22 |
| Social Security Tax | -62.28 | 795.20 |
| Medicare Tax | -14.56 | 185.97 |
| CA State Income Tax | -13.34 | 133.78 |
| CA SUI/SDI Tax | -11.05 | 141.08 |
| **Other** | | |
| Del Dendpo At | -2.31 | 41.58 |
| Kaiser At | -27.69 | 498.42 |
| 403B Std | -25.00* | 450.00 |
| **Net Pay** | **$808.94** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $979.50

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pensio | | 1,278.25 |
| 403B Er Match | 95.00 | 183.50 |
| Ytd 403B Match | | 183.50 |
| Sick Balance | 12.50 | 400.00 |
| Vac Balance | | 49.70 |

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Sun | 08/09 | 6:35am | 10:01am | 10:31am | 3:05pm | 8.00 |
| Mon | 08/10 | 6:53am | 10:02am | 10:32am | 3:23pm | 8.00 |
| Tue | 08/11 | 6:54am | 10:00am | 10:30am | 3:25pm | 8.00 |
| Wed | 08/12 | 6:53am | 10:03am | 10:33am | 3:24pm | 8.00 |
| Fri | 08/14 | 6:53am | 10:02am | 10:32am | 3:23pm | 8.00 |
| Sat | 08/15 | 12:55pm | 4:00pm | 4:30pm | 8:25pm | 7.00 |
| Sun | 08/16 | 6:45am | 10:28am | 10:59am | 3:15pm | 8.00 |
| Mon | 08/17 | 6:53am | 10:02am | 10:32am | 3:23pm | 8.00 |
| Tue | 08/18 | 6:53am | 10:01am | 10:31am | 3:26pm | 8.00 |
| Wed | 08/19 | 6:53am | 10:01am | 10:31am | 3:26pm | 8.00 |
| Fri | 08/21 | 6:55am | 10:00am | 10:30am | 3:25pm | 8.00 |
| Sat | 08/22 | 1:25pm | 4:00pm | 4:31pm | 9:55pm | 8.00 |

COPY COPY COPY

©2000 ADP, Inc.

Case: 10-10113 Doc# 8 Filed: 01/15/10 Entered: 01/15/10 16:03:53 Page 17 of 17

◀ TEAR HERE  ©1998, 2006. ADP, Inc. All Rights Reserved.