Recording requested by:
**LPS Default Title & Closing**

When Recorded Mail To:
**NDEx West, L.L.C.**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013



**2009050622**
OFFICIAL RECORDS OF
SONOMA COUNTY
JANICE ATKINSON

GENERAL PUBLIC
05/27/2009 10:51 ASGTTD    1   PG
RECORDING FEE: 8.00
PAID



ASSG20090134004246

Space above this line for Recorder's use only

Trustee Sale No.: **20090134004246**   Title Order No.: **090251477**

# ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY MORTGAGE LOAN TRUSTS 2006-6AR all beneficial interest under that certain Deed of Trust dated **01/19/2006**, executed by **AGUSTIN SANTANA AND MARIA CHAVEZ-SANTANA**, as Trust or to THE SECURITY MORTGAGE CORP, Trustee, and **Recorded on 01/27/2006 as Instrument No. 2006010507** of Official Records in the County Recorder's office of **SONOMA** County, California. Describing land therein: **AS DESCRIBED IN DEED OF TRUST MENTIONED ABOVE.**

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated

**MAY 19 2009**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR THE CAL-BAY MORTGAGE GROUP

_David Seybold_, Assistant Secretary

State of Texas}
County of Dallas}

Before me _Sonia Cardona_ notary public, the undersigned Notary Public, on this day personally appeared David Seybold, who is the Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC AS NOMINEE FOR THE CAL-BAY MORTGAGE GROUP, a corporation, on behalf of said corporation, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _____ day of **MAY 19 2009**, 2009.

My Commission Expires:

SONIA CARDONA
Notary Public
State of Texas
My Comm. Exp. 06-20-2011

Notary Public Signature

Printed Name of Notary Public

CAASGNDOT.rpt - (01/25/08) / Ver-12

EXHIBIT C