# EXHIBIT D

Movant's business records indicate that the post-petition payments received from Debtor(s) since the date of filing of this case are as follows:

Date Chapter 13 case was filed: January 15, 2010

| Due Date: | Amount Due: | Amount Received | Date Received |
|---|---|---|---|
| 05/01/2009 | $3,703.92 | NO | |
| 06/01/2009 | $3,703.92 | PAYMENTS | |
| 07/01/2009 | $3,703.92 | RECEIVED | |
| 08/01/2009 | $3,703.92 | | |
| 09/01/2009 | $3,703.92 | | |
| 10/01/2009 | $3,703.92 | | |
| 11/01/2009 | $3,703.92 | | |
| 12/01/2009 | $3,703.92 | | |
| 01/01/2010 | $3,703.92 | | |
| 02/01/2010 | $3,703.92 | | |
| 03/01/2010 | $3,703.92 | | |
| 04/01/2010 | $3,703.92 | | |
| 05/01/2010 | $3,703.92 | | |

EXHIBIT D